DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

CRYSTAL DYAN HARVEY,

Appellant,

v.

MCKINLEY GULF OF MEXICO, L.L.C.,

Appellee.

Case No. 2D20-1224

_____

September 15, 2021

Appeal from the Circuit Court for Pinellas County; George Jirotka, Judge.

Roy D. Wasson of Wasson & Associates Chartered, of Miami, for Appellant.

Michael P. Perenich of Perenich Caulfield Avril & Noyes, PA, of Clearwater, for Appellant.

Mark D. Tinker and Mary Lou Cuellar-Stillo of Cole, Scott & Kissane, PA, of Tampa for Appellee.

PER CURIAM.

        Affirmed.

LUCAS, SMITH, and STARGEL, JJ., Concur.

_____

Opinion subject to revision prior to official publication.